



# MEMORANDUM OPINION

No. 04-09-00435-CV

**ADT SECURITY SERVICES, S.A. DE C.V.**,
Appellant

v.

**ALERT 24 SECURITY L.L.C.**,
Adelina B. Federico, and Jesus Hernandez Alcocer,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2006-CVQ-001051-D2-A
Honorable Raul Vasquez, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed: March 31, 2010

DISMISSED

The appellant has filed an unopposed motion to dismiss this appeal. We grant the motion

and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM